■ In the Matter of NADIA YOUKELSONE, Petitioner, v MELVIN S. BARASCH, as Justice of the Supreme Court of the State of New York, et al., Respondents. [735 NYS2d 429] —Proceeding pursuant to CPLR article 78 in the nature of prohibition, *inter alia*, to preclude Melvin S. Barasch, a Justice of the Supreme Court, Kings County, from adjourning the return date of the appellant's motion to dismiss the complaint in an action entitled *Federal Natl. Mtge. Assoc. v Youkelsone,* pending in the Supreme Court, Kings County, under Index No. 36834/2001.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569; *see, Matter of Rush v Mordue,* 68 NY2d 348, 352). The petitioner has failed to demonstrate a clear legal right to the relief sought. Santucci, J. P., Adams, Crane and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN AUSTIN, JR., Also Known as JOHN ALSTIN, Appellant. [735 NYS2d 423] —Appeal by the defendant from two judgments of the County Court, Suffolk County (Cacciabaudo, J.), both rendered December 8, 1999, convicting him of robbery in the first degree under Indictment No. 972/99 and attempted robbery in the first degree under Indictment No. 1202/99, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., S. Miller, McGinity, Schmidt and Townes, JJ., concur.